# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 24-1360**

**September Term, 2025**

FILED ON: MAY 26, 2026

VERMONT INFORMATION PROCESSING, INC.,
PETITIONER

v.

NATIONAL LABOR RELATIONS BOARD,
RESPONDENT

CHRISTOPHER BENDEL, ET AL.,
INTERVENORS

Consolidated with 24-1375

On Petition for Review and Cross-Application
for Enforcement of an Order
of the National Labor Relations Board

Before: MILLETT, WALKER and PAN, *Circuit Judges*

## J U D G M E N T

These causes came to be heard on the petition for review and cross-application for enforcement of an order and were argued by counsel. On consideration thereof and in accordance with the opinion of the court filed herein this date, it is

**ORDERED** and **ADJUDGED** that Vermont Information Processing, Inc.'s petition for review be denied and the National Labor Relations Board's cross-application for enforcement be granted as to employee Christopher Bendel; and Vermont Information Processing, Inc.'s petition for review be granted and the National Labor Relations Board's cross-application for enforcement be denied as to employees Gordon Dragoon, Kaleb Noble, and Kestrel Swift; and the cases be remanded for further proceedings.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: May 26, 2026

Opinion for the court filed by Circuit Judge Pan.
Opinion concurring in part and dissenting in part filed by Circuit Judge Walker.